

# IN THE
# TENTH COURT OF APPEALS

No. 10-12-00165-CV

# IN RE PHYLLIS ARNOLD

## Original Proceeding

## MEMORANDUM  OPINION

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Denied
Opinion delivered and filed May 23, 2012
[OT06]